UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAREEF CLEMONS, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:19-0723 |
| v. | : | (JUDGE MANNION) |
| PA RUSSELL MILLER, | : | |
| Defendant | : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendant Miller's motion to dismiss (Doc.11) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: March 26, 2020
19-0723-01-ORDER